In the Matter of the AURORA COALITION, INC., et al., Appellants, v VILLAGE OF AURORA et al., Respondents. [738 NYS2d 637] —Appeal from that part of an order and judgment (one document) of Supreme Court, Cayuga County (Contiguglia, J.), entered November 15, 2001, that granted respondents' motions to dismiss the CPLR article 78 petition.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Contiguglia, J. Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.